**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: DALRYMPLE, DAVID T       § | Case No. 10-04218 |
| DALRYMPLE, ELLEN L       § | |
| § | |
| Debtor(s)       § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 04/21/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/20/2011          By:  JOSEPH R. VOILAND
                                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DALRYMPLE, DAVID T § | Case No. 10-04218 |
| DALRYMPLE, ELLEN L § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,137.55 |
| *and approved disbursements of* | $ 3,792.00 |
| *leaving a balance on hand of* [1] | $ 15,345.55 |
| **Balance on hand:** | $ 15,345.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,345.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 2,284.56 | 0.00 | 2,284.56 |
| Trustee, Expenses - JOSEPH R. VOILAND | 65.75 | 0.00 | 65.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,350.31 |
| Remaining balance: | $ 12,995.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $ 0.00
    Remaining balance: $ 12,995.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $ 0.00
    Remaining balance: $ 12,995.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,255.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Oak Creek Townhomes Association | 510.88 | 0.00 | 243.58 |
| 2 | Nicor Gas | 194.88 | 0.00 | 92.92 |
| 3 | Verizon Wireless | 96.55 | 0.00 | 46.03 |
| 4 | American Express Centurion Bank | 758.84 | 0.00 | 361.80 |
| 5 | Fia Card Services, NA/Bank of America | 25,694.67 | 0.00 | 12,250.82 |

    Total to be paid for timely general unsecured claims: $ 12,995.15
    Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.09

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
David T Dalrymple
Ellen L Dalrymple
    Debtors

Case No. 10-04218-MB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: preed     Page 1 of 2     Date Rcvd: Mar 21, 2011
                      Form ID: pdf006     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2011.

```
db/jdb     +David T Dalrymple,   Ellen L Dalrymple,   51 Oak Creek Court,   North Aurora, IL 60542-7003
aty        +Craig C Westfall,   Nigro, Westfall & Gryska, P.C.,   1793 Bloomingdale Road,
             Glendale Heights, IL 60139-2187
tr         +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
15055865   +AT & T,   P.O. Box 8100,   Aurora, IL 60507-8100
15055863    Allstate Benefits Center,   P.O. Box 0637,   Carol Stream, IL  60132-0637
15055864    American Express,   Box 0001,   Los Angeles, CA  90096-8000
16086356    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15055866   +BAC Home Loans Servicing, LP,   P.O. Box 650070,   Dallas, TX 75265-0070
15055867    Bank Of America,   P.O. Box 15019,   Wilmington, DE  19886-5019
15055868   +Busey Bank,   201 W. Main Street,   Urbana, IL 61801-2693
15055869    Capital One Bank (USA), NA,   P.O. Box 6492,   Carol Stream, IL  60197-6492
15055870   +Citbank,   P.O. Box 44167,   Jacksonville, FL 32231-4167
15055871    City Of Bloomington,   Dept. 2522,   P.O. Box 2153,   Birmingham, AL  35287-2522
15055860   +Dalrymple David T,   51 Oak Creek Court,   North Aurora, IL 60542-7003
15055861   +Dalrymple Ellen L,   51 Oak Creek Court,   North Aurora, IL 60542-7003
15055873   +First Community Bank Of America,   1950 Tamiami Trail,   Port Charlotte, FL 33948-2175
15055874   +Fox Metro Water District,   P.O. Box 109,   Montgomery, IL 60538-0109
15055875   +Fox Valley Volkswagen,   560 W. North Avenue,   West Chicago, IL 60185-6237
15055876   +Good Samaritan Hospital,   3815 Highland Avenue,   Downers Grove, IL 60515-1590
15055878    HSBC Card Services (GM Card),   P.O. Box 37281,   Baltimore, MD  21297-3281
15055879    HSBC Retail Services (Best Buy),   P.O. Box 17298,   Baltimore, MD  21297-1298
15055877   +Heavner, Scott Beyers & Mihlar, LLC,   P.O. Box 740,   Decatur, IL 62525-0740
15055881  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,   Cincinnati, OH  45999)
15055882   +Janet Schroeder,   3144 N. 2450 E. Road,   Leroy, IL 61752-9401
15055883   +Jeff and Susan Stuckey,   1007 Kauai King Court,   Naperville, IL 60540-7624
15055884   +McKay Law Firm, PA,   2055 Wood Street - Suite 120,   Sarasota, FL 34237-7928
15055862   +Nigro Westfall & Gryska PC,   1793 Bloomingdale Rd,   Glendale Heights, IL 60139-2187
15055887    Nissan-Infiniti LT,   P.O. Box 660366,   Dallas, TX 75266-0366
15055888   +Oak Creek Townhomes Association,   536 Sycamore Lane,   North Aurora, IL 60542-1299
15055889   +Pier 550 Condominium Assoc., Inc.,   550 Golden Gate Point,   Sarasota, FL 34236-6672
15055890   +Richard and Janet Schroeder,   3144 N. 2450 E Road,   Leroy, IL 61752-9401
15055892   +Village Of North Aurora,   P.O. Box 2091,   North Aurora, IL 60507-2091
15055893    Wells Fargo Home Mortgage,   P.O. Box 5296,   Carol Stream, IL  60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15055872   +E-mail/Text: legalcollections@comed.com Mar 21 2011 22:47:43     Commonwealth Edison,
             P.O. Box 6111,   Carol Stream, IL 60197-6111
16145723    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2011 23:58:07
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
15055880   +E-mail/Text: RWATERMAN@IGSENERGY.COM Mar 21 2011 22:47:59     IGS Energy,   5020 Bradenton Avenue,
             Dublin, OH 43017-3560
15055885   +Fax: 847-227-2151 Mar 22 2011 00:27:52     Medical Recovery Specialists, Inc.,   Suite 352,
             2250 E. Devon Avenue,   Des Plaines, IL 60018-4519
15055886   +E-mail/Text: bankrup@nicor.com Mar 21 2011 22:36:06     Nicor,   P.O. Box 0632,
             Aurora, IL 60507-0632
15981995   +E-mail/Text: bankrup@nicor.com Mar 21 2011 22:36:06     Nicor Gas,   PO Box 549,
             Aurora IL 60507-0549
15055891   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 21 2011 23:58:18     Verizon,
             P.O. Box 25505,   Lehigh Valley, PA 18002-5505
16045402    E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 21 2011 23:58:18     Verizon Wireless,
             PO Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: preed                Page 2 of 2                  Date Rcvd: Mar 21, 2011
                               Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**           **Signature:** _/s/ Joseph Speetjens_