**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DALRYMPLE, DAVID T           § Case No. 10-04218
      DALRYMPLE, ELLEN L           §
                                   §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $381,010.73 *(without deducting any secured claims)* | Assets Exempt: $106,052.73 |
| Total Distribution to Claimants: $12,995.48 | Claims Discharged Without Payment: $14,306.37 |
| Total Expenses of Administration: $2,350.31 | |

    3) Total gross receipts of $ 19,137.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,792.00 (see **Exhibit 2**), yielded net receipts of $15,345.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,350.31 | 2,350.31 | 2,350.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,301.85 | 27,301.85 | 12,995.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,652.16 | $29,652.16 | $15,345.79 |

  4) This case was originally filed under Chapter 7 on February 03, 2010. The case was pending for 20 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2011  By: /s/JOSEPH R. VOILAND
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/3 interest in the sale of 5765 Trailwinds Dr. | 1129-000 | 19,132.00 |
| Interest Income | 1270-000 | 5.88 |
| **TOTAL GROSS RECEIPTS** | | **$19,137.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David T. Dalrymple | payment of exempt portion of real estate sale proceeds | 8100-002 | 3,792.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,792.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,284.56 | 2,284.56 | 2,284.56 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 65.75 | 65.75 | 65.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,350.31 | 2,350.31 | 2,350.31 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Oak Creek Townhomes Association | 7100-000 | N/A | 510.88 | 510.88 | 243.59 |
| 2 | Nicor Gas | 7100-000 | N/A | 194.88 | 194.88 | 92.92 |
| 3 | Verizon Wireless | 7100-000 | N/A | 96.55 | 96.55 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 758.84 | 758.84 | 361.81 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 25,694.67 | 25,694.67 | 12,251.13 |
| | Clerk Of the Bankruptcy Court, ND, IL | 7100-000 | N/A | 46.03 | 46.03 | 46.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 27,301.85 | 27,301.85 | 12,995.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04218  
**Case Name:** DALRYMPLE, DAVID T  
DALRYMPLE, ELLEN L  
**Period Ending:** 09/18/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 02/03/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 09/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate -51 Oak Creek Ct., North Aurora, IL | 224,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | real estate - 622 E. Mulberry, Bloomington, IL | 54,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1/3 interest in the sale of 5765 Trailwinds Dr. | 19,132.00 | 15,340.00 | | 19,132.00 | FA |
| 4 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bank of America - Checking Acct | 220.00 | 0.00 | DA | 0.00 | FA |
| 6 | savings acct. - Busey Bank | 38.00 | 0.00 | DA | 0.00 | FA |
| 7 | household goods | 3,350.00 | 0.00 | DA | 0.00 | FA |
| 8 | wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding rings | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | AllState Financial Services - Rollover IRA | 97,502.73 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.88 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | **$400,142.73** | **$15,340.00** | | **$19,137.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 15, 2011    **Current Projected Date Of Final Report (TFR):**    May 15, 2011

Printed: 09/18/2011 10:09 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-04218  
**Case Name:** DALRYMPLE, DAVID T  
DALRYMPLE, ELLEN L  
**Taxpayer ID #:** **-***2932  
**Period Ending:** 09/18/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/10 | {3} | Janet D. Schroeder | debtor's proceeds from prepetition sale of Florida property | 1129-000 | 19,132.00 | | 19,132.00 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 19,132.33 |
| 04/20/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -19,127.33 | | 5.00 |
| 04/23/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -4.91 | | 0.09 |
| 02/20/11 | | Chase | adjustment | 9999-000 | | 0.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.09 | 0.09 | $0.00 |
| | | | Less: Bank Transfers | | -19,132.24 | 0.09 | |
| | | | **Subtotal** | | 19,132.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,132.33** | **$0.00** | |

{} Asset reference(s)

Printed: 09/18/2011 10:09 AM    V.12.54

Case 10-04218   Doc 43   Filed 10/16/11   Entered 10/16/11 08:42:29   Desc Main
Document    Page 7 of 8

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-04218  
**Case Name:** DALRYMPLE, DAVID T  
DALRYMPLE, ELLEN L  
**Taxpayer ID #:** **-***2932  
**Period Ending:** 09/18/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 19,127.33 | | 19,127.33 |
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 4.91 | | 19,132.24 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 19,132.64 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.14 | | 19,133.78 |
| 06/20/10 | 11001 | David T. Dalrymple | payment of exempt portion of real estate sale proceeds | 8100-002 | | 3,792.00 | 15,341.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.10 | | 15,342.88 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 15,343.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.91 | | 15,344.83 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,344.95 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,345.08 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,345.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,345.33 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,345.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,345.57 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 15,345.60 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 15,345.61 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 15,345.68 |
| 04/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 15,345.79 |
| 04/27/11 | | To Account #9200******9766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 15,345.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,137.79 | 19,137.79 | $0.00 |
| | | | Less: Bank Transfers | | 19,132.24 | 15,345.79 | |
| | | | **Subtotal** | | 5.55 | 3,792.00 | |
| | | | Less: Payments to Debtors | | | 3,792.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.55** | **$0.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-04218 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | DALRYMPLE, DAVID T | | Bank Name: | The Bank of New York Mellon |
| | DALRYMPLE, ELLEN L | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***2932 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 09/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/11 | | From Account #9200******9765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 15,345.79 | | 15,345.79 |
| 04/27/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,284.56, Trustee Compensation; Reference: | 2100-000 | | 2,284.56 | 13,061.23 |
| 04/27/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $65.75, Trustee Expenses; Reference: | 2200-000 | | 65.75 | 12,995.48 |
| 04/27/11 | 103 | Oak Creek Townhomes Association | Dividend paid 47.67% on $510.88; Claim# 1; Final distribution | 7100-000 | | 243.59 | 12,751.89 |
| 04/27/11 | 104 | Nicor Gas | Dividend paid 47.67% on $194.88; Claim# 2; Final distribution | 7100-000 | | 92.92 | 12,658.97 |
| 04/27/11 | 105 | Verizon Wireless | Dividend paid 47.67% on $96.55; Claim# 3; Final distribution Stopped on 07/26/11 | 7100-000 | | 46.03 | 12,612.94 |
| 04/27/11 | 106 | American Express Centurion Bank | Dividend paid 47.67% on $758.84; Claim# 4; Final distribution | 7100-000 | | 361.81 | 12,251.13 |
| 04/27/11 | 107 | Fia Card Services, NA/Bank of America | Dividend paid 47.67% on $25,694.67; Claim# 5; Final distribution | 7100-000 | | 12,251.13 | 0.00 |
| 07/26/11 | 105 | Verizon Wireless | Dividend paid 47.67% on $96.55; Claim# 3; Final distribution Stopped: check issued on 04/27/11 | 7100-000 | | -46.03 | 46.03 |
| 07/26/11 | 108 | Clerk Of the Bankruptcy Court, ND, IL | unclaimed funds (Verizon Wireless -Claim #3) | 7100-000 | | 46.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,345.79 | 15,345.79 | $0.00 |
| | | | Less: Bank Transfers | | 15,345.79 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,345.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $15,345.79 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 19,132.33 | 0.00 | 0.00 |
| **MMA # 9200-******97-65** | 5.55 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 15,345.79 | 0.00 |
| | $19,137.88 | $15,345.79 | $0.00 |

{} Asset reference(s)   Printed: 09/18/2011 10:09 AM   V.12.54